**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In re:

PRESTON BYRON KNAPP
MICHELLE NICHOLE KNAPP

Case No: 25−41644 − WJF

Debtor(s)

Chapter 7 Case

## STATEMENT OF PRESUMED ABUSE

The United States Trustee has reviewed all materials filed by the debtor and has determined that the debtor(s)' case is presumed to be an abuse under section 707(b). (Kreuziger, Colin)

Dated: 7/7/25

s/ Tricia Pepin
Clerk, United States Bankruptcy Court

By: SAK
Deputy Clerk