RECEIVED BY MAIL

JUL 14 2025

TIME: ______
CLERK, U.S. BANKRUPTCY COURT
MINNEAPOLIS, MINNESOTA

**Fill in this information to identify your case:**

Debtor 1: PRESTON BYRON KNAPP (First Name / Middle Name / Last Name)

Debtor 2 (Spouse, if filing): MICHELLE NICHOLE KNAPP (First Name / Middle Name / Last Name)

United States Bankruptcy Court for the: District of Minnesota

Case number (if known): 25-41644-WJF

☑ Check if this is an amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1: Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**

☑ Married
☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**

☑ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| Number Street<br>City State ZIP Code | From ____<br>To ____ | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |
| Number Street<br>City State ZIP Code | From ____<br>To ____ | ☐ Same as Debtor 1<br>Number Street<br>City State ZIP Code | ☐ Same as Debtor 1<br>From ____<br>To ____ |

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2: Explain the Sources of Your Income

Debtor 1 PRESTON BYRON KNAPP (First Name, Middle Name, Last Name) Case number (if known) 25-41664-WJF

4. **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 Sources of income (Check all that apply.) | Debtor 1 Gross income (before deductions and exclusions) | Debtor 2 Sources of income (Check all that apply.) | Debtor 2 Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 65,373.12 | ☐ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 0.00 |
| **For last calendar year:** (January 1 to December 31 2024) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 191,174.06 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 12,300.00 |
| **For the calendar year before that:** (January 1 to December 31, 2023) | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 184,235.60 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $ 136,500.00 |

5. **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☑ Yes. Fill in the details.

| | Debtor 1 Sources of income (Describe below.) | Debtor 1 Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income (Describe below.) | Debtor 2 Gross income from each source (before deductions and exclusions) |
|---|---|---|---|---|
| **From January 1 of current year until the date you filed for bankruptcy:** | PRINCIPAL NQDP | $ 5,071.43 | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For last calendar year:** (January 1 to December 31, ____ YYYY) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| **For the calendar year before that:** (January 1 to December 31, ____ YYYY) | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

Debtor 1 PRESTON BYRON KNAPP (First Name, Middle Name, Last Name) Case number (if known) 25-41664-WJF

## Part 3: List Certain Payments You Made Before You Filed for Bankruptcy

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

☐ No. Go to line 7.

☐ Yes. List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes. List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor | Dates of payment | Total amount paid | Amount you still owe | Was this payment for... |
|---|---|---|---|---|
| CITI<br>5800 S CORPORATE PL<br>SIOUX FALLS SD 57108 | Amounts paid are payments last 90 days to cover living expenses and to try and keep cards current | $ 23,506.31 | $ ~$3,500.00 | ☐ Mortgage<br>☐ Car<br>☑ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other |
| CHASE<br>PO BOX 15299<br>WILMINGTON DE 19850-5299 | Owed amounts are balance the date of bankruptcy filing, upon which creditors canceled lines of credit | $ 28,608.90 | $ ~30,000.00 | |
| HOLLERMAN, DANIEL P. (Creditor's Name)<br>1375 VINE PL (Number Street)<br>ORONO MN 55364 (City State ZIP Code) | | $ 17,444.15<br>Original Judgment value $27,816.83 | $ TBD* | ☐ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☑ Other Court Judgement |

The amount paid equals six wage garnishments from Debtor 1's paychecks, each for $1,505.16, taken on the following dates: March 14, 2025; March 28, 2025; April 11, 2025; April 25, 2025; May 19, 2025; and May 23, 2025. However, the garnishment from May 23, 2025, should be returned to Debtor 1 because it occurred after the bankruptcy petition was filed. The other five garnishments may belong to the bankruptcy estate.

Additionally, $8,413.19 was seized from Debtor 1's ALLIANT CU checking account on April 15, 2025. This amount might also belong to the bankruptcy estate. It's also important to note that creditor Hollerman received a settlement from creditor Harbor Freight Tools USA for an undisclosed sum, which was disclosed as as part of the Minnesota Foreign Judgment case 27-CV-24-13306, which may have authorized collection. This settlement could be included in the bankruptcy estate as well.

As a result, the Debtors are not entirely certain about the total amount paid or the amount still owed on the original judgment from Federal case number 24-cv-00100-SRN-DTS. While the judgment might already be satisfied, any funds collected within the last 90 days may need to be returned to the bankruptcy estate—except for the May 23, 2025 garnishment, which should be returned to Debtor 1.

Debtor 1 PRESTON BYRON KNAPP — First Name Middle Name Last Name — Case number (if known) 25-41644-WJF

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No
☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |
| Insider's Name<br>Number Street<br>City State ZIP Code | | $ | $ | |

Debtor 1 PRESTON BYRON KNAPP (First Name / Middle Name / Last Name) Case number (if known) 25-41644-WJF

## Part 4: Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

CASE 1: Knapp et al v. Compass Minnesota, LLC et al (Federal District of Minnesota No. 0:24-cv-00100-SRN-DTS), involved claims alleging breach of fiduciary duty and breach of contract. Debtors were plaintiffs, Creditor COMPASS and Creditor HOLLERMAN were Defendants. Case was dismissed with prejudice by the court, and the Debtors were sanctioned and ordered to pay attorney fees of $64,337.36. Case closed September 2024.

CASE 2: Knapp v. Wings Credit Union (Federal District of Minnesota 0:24-cv-00434-DWF-ECW) involved claims by the Debtor 1 against the Creditor WINGS, alleging breach of fiduciary duty and breach of contract, but was ultimately dismissed with prejudice by the court. No sanctions or damages were awarded to any part. Case closed November 2024.

CASE 3: Spin off of Case 1 above, creditor HOLLERMAN names Debtors in Foreign Judgement MN State case number 27-CV-24-13306 to collect on judgement ordered in Case 1. Case closed as of May 2025.

CASE: 4: Related to Cases 1 and 2 above, but with a different party, creditors BELLS sue Debtors alleging breach of contract in a real estate deal. MN State case number 27-CV-24-5620. Debtors attempt to fight but are unable to overcome procedural roadblocks and judgement for $182,351.18 against Debtors. Note case appears to be closed as of May 2025 however there is still an Objection from Debtors on the record.

CASE 5: Unrelated to bankruptcy, but still notable, Debtor 1 was convicted of a criminal misdemeanor at MN State case number 27-CR-23-12126. Conviction date 6/24/2023. Debtor 1 is finishing 1 year probation which is a stay of jail time expected to be completed on or around June 24, 2025. No further impact to bankruptcy estate is expected.

CASE 6: Unrelated to bankruptcy, but still notable, Debtor 1 was convicted of two traffic citations issued at PALM BEACH COUNTY, March 29, 2025. The amount owed on those citations was satisfied by Debtor 1 May 14, 2025. Total amount paid $459.62. Citation numbers are AKVU0ZE and also AKVU10E.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| HOLLERMAN, DANIEL P. (Creditor's Name)<br>1375 VINE PLACE (Number Street)<br>ORONO MN 55364 (City State ZIP Code) | Wages for 6 paychecks, $1,505.16 per pay check. Note sixth paycheck was garnished May 23, after bakruptcy was filed May 21. | 3/14/2025-5/23/2025 | $ 9,030.96 |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☑ Property was garnished.
☐ Property was attached, seized, or levied.

| Creditor | Describe the property | Date | Value of the property |
|---|---|---|---|
| HOLLERMAN, DANIEL P. (Creditor's Name)<br>1375 VINE PLACE (Number Street)<br>ORONO MN 55364 (City State ZIP Code) | Full value of ALLIANT CU bank account. No evidence of subpoena provided to debtors. | 4/15/2025 | $ 8,413.19 |

Explain what happened
☐ Property was repossessed.
☐ Property was foreclosed.
☐ Property was garnished.
☑ Property was attached, seized, or levied.

Debtor 1 PRESTON BYRON KNAPP Case number (if known) 25-41644-WJF
First Name Middle Name Last Name

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No
☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|
| Creditor's Name<br>Number Street<br>City State ZIP Code | Last 4 digits of account number: XXXX–__ __ __ __ | ______ | $______ |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No
☐ Yes

## Part 5: List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ______ | | ______<br>______ | $______<br>$______ |

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift<br>Number Street<br>City State ZIP Code<br>Person's relationship to you ______ | | ______<br>______ | $______<br>$______ |

Debtor 1 PRESTON BYRON KNAPP
First Name Middle Name Last Name

Case number (if known) 25-41644-WJF

14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?

☑ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| Charity's Name | | | $ |
| | | | $ |
| Number Street | | | |
| City State ZIP Code | | | |

## Part 6: List Certain Losses

15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?

☑ No
☐ Yes. Fill in the details.

Loss 1: Escrow monies tied up as part of botched offer to purchase Brekken home Fall 2023. $0.00 insurance coverage. Date of loss unknown. Value of property lost $50,000.00. Debtor believes Brekken party may still be liable for damages to Debtor as a result of deal.

Loss 2: Broken shower at homestead caused water damage that was remediated out of pocket. $0.00 insurance coverage. Date of loss 11/03/2024. Value of property lost $16,307.77.

## Part 7: List Certain Payments or Transfers

16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| BARBARA J. MAY<br>Person Who Was Paid<br>1915 HIGHWAY 36W STE 103<br>Number Street<br><br>ROSEVILLE MN 55113<br>City State ZIP Code<br>Barbara@BarbaraMayLawOffice.com<br>Email or website address<br><br>Person Who Made the Payment, if Not You | Retained to work on bankruptcy but amicably parted ways April 29, 2025. | 4/20/2025 | $ 3,000.00 |
| | | | $ |

Debtor 1 PRESTON BYRON KNAPP — First Name Middle Name Last Name — Case number (if known) 25-41644-WJF

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Person Who Was Paid | | | $ |
| Number Street | | | $ |
| City State ZIP Code | | | |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).
Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |
| Person Who Received Transfer<br>Number Street<br>City State ZIP Code<br>Person's relationship to you | | | |

Debtor 1 PRESTON BYRON KNAPP (First Name, Middle Name, Last Name) Case number (if known) 25-41664-WJF

19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary? (These are often called *asset-protection devices.*)

☑ No
☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust ______ | | ______ |

## Part 8: List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| WELLS FARGO BANK NA (Name of Financial Institution)<br>PO BOX 6995 (Number Street)<br>PORTLAND OR 97228 (City State ZIP Code) | XXXX–7 2 2 8 | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | 1/30/2025 | $ 0.00 |
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | XXXX–__ __ __ __ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other______ | ______ | $______ |

21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?

☑ No
☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Financial Institution<br>Number Street<br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ☐ No<br>☐ Yes |

Debtor 1 PRESTON BYRON KNAPP
First Name Middle Name Last Name

Case number (if known) 25-41644-WJF

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☑ No
☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| Name of Storage Facility<br>Number Street<br><br>City State ZIP Code | Name<br>Number Street<br>City State ZIP Code | | ☐ No<br>☐ Yes |

## Part 9: Identify Property You Hold or Control for Someone Else

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

☑ No
☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| Owner's Name<br>Number Street<br><br>City State ZIP Code | Number Street<br><br>City State ZIP Code | | $ |

## Part 10: Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site<br>Number Street<br><br>City State ZIP Code | Governmental unit<br>Number Street<br>City State ZIP Code | | |

Debtor 1 PRESTON BYRON KNAPP Case number (if known) 25-41644-WJF
First Name Middle Name Last Name

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| Name of site | Governmental unit | | |
| Number Street | Number Street | | |
| City State ZIP Code | City State ZIP Code | | |

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

| | Court or agency | Nature of the case | Status of the case |
|---|---|---|---|
| Case title | Court Name | | ☐ Pending |
| | Number Street | | ☐ On appeal |
| Case number | City State ZIP Code | | ☐ Concluded |

## Part 11: Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| City State ZIP Code | | From ____ To ____ |

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| Business Name | | EIN: __ __ – __ __ __ __ __ __ __ |
| Number Street | Name of accountant or bookkeeper | Dates business existed |
| City State ZIP Code | | From ____ To ____ |

Debtor 1 PRESTON BYRON KNAPP
First Name Middle Name Last Name

Case number (if known) 25-41644-WJF

Business Name

Number Street

City State ZIP Code

Describe the nature of the business

Name of accountant or bookkeeper

Employer Identification number
Do not include Social Security number or ITIN.

EIN: __ __ – __ __ __ __ __ __ __

Dates business existed

From ______ To ______

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☑ No
☐ Yes. Fill in the details below.

Date issued

Name

MM / DD / YYYY

Number Street

City State ZIP Code

**Part 12: Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✘ Preston Byron Knapp
Signature of Debtor 1

Date 07/09/2025

✘ Michelle Nichole Knapp
Signature of Debtor 2

Date 07/09/2025

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person________________. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).



Print Save As... Add Attachment Reset