**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

---

In re:

Case No. 25-41644
Chapter 7

PRESTON BYRON KNAPP,
MICHELLE NICHOLE KNAPP,

Debtors.

---

## SOURCES CITED

---

In addition to the evidence admitted into the record, the following statutes, cases, and other sources were cited by the Court in its decision on the United States Trustee's Motion to Dismiss Case (Dkt. No. 49).

### STATUTES

11 U.S.C. § 101(10A)

11 U.S.C. § 101(41)

11 U.S.C. § 109(b), (d)–(e)

11 U.S.C. § 707(b)(1)–(3)

11 U.S.C. § 727(a)

Minn. Stat. § 510.01

### CASES

In re Bernard, 397 B.R. 605, 607 (Bankr. D. Mass. 2008)

In re Boyce, 446 B.R. 447, 453 (D. Or. 2011)

In re Falke, 284 B.R. 133, 139 (Bankr. D. Or. 2002)

In re Hadl, 669 B.R. 220, 230, 235, 237 (Bankr. D. Kan. 2025)

In re Hanks, 618 B.R. 185, 191–93 (Bankr. W.D. La. 2020)

In re Honkomp, 416 B.R. 647, 649–50 (Bankr. N.D. Iowa 2009)

Huckfeldt v. Huckfeldt (In re Huckfeldt), 39 F.3d 829, 832–33 (8th Cir. 1994)

In re Kulakowski, 735 F.3d 1296, 1299–1300 (11th Cir. 2013)

In re Meade, 420 B.R. 291, 304–06 (Bankr. W.D. Va. 2009)

In re Miller, 519 B.R. 819, 824, 826 (B.A.P. 10th Cir. 2014)

In re Oliver, 350 B.R. 294, 300 (Bankr. W.D. Tex. 2006)

In re Robrock, 430 B.R. 197, 204 (Bankr. D. Minn. 2010)

In re Schuldt, 527 B.R. 278, 282 (Bankr. W.D. Mich. 2015)

In re Stout, 336 B.R. 138, 143 (Bankr. N.D. Iowa 2006)

In re Walsh, 287 B.R. 154, 157 (Bankr. E.D.N.C. 2002)

**OTHER SOURCES**

Derive: MERRIAM-WEBSTER, https://www.merriam-webster.com/dictionary/derive.